## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:                                                            CASE NO. 15-54161

       KENNETH A NEKIC

                                                            CHAPTER 13

       DEBTOR                                       JUDGE CHARLES M. CALDWELL

---

### OBJECTION TO CONFIRMATION

---

      TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

      Comes now Faye D. English, Chapter 13 Trustee and objects to confirmation of the plan and would show this Court that in the above-referenced case the Court should enter an order denying confirmation for the reasons set forth below and dismissing the case pursuant to 11 USC §1307(c) for the following:

**X**    The Chapter 13 Statement of Financial Affairs, Plan, Means Test, or Schedules must be amended to reflect the changes in the following areas: Plan fails to provide treatment for Patterson Vet Supply. Plan payment does not match Schedule J disposable income.

**X**    The Chapter 13 Plan must be amended to pay to the required applicable commitment period of U.S.C. § 1325 (b)(4). Plan does not meet ACP. Projecting 92 months.

**X**    Payments due pursuant to U.S.C. § 1326 (a)(1) and § 1325 (a)(2) have not been made. First payment needed.

**X**    2014 tax return needed. Debtor has failed to file 2011, 2012 and 2014 State of Ohio tax returns, per correspondence received from the State of Ohio. Signed copy of returns needed. Appraisals needed. Operating reports from filing to confirmation needed. Balance Sheet needed. Bank statements for the six months' prior to filing needed.

      Wherefore, the Trustee prays the Court deny confirmation for the reasons set forth and the case be dismissed or converted to Chapter 7, whichever shall be determined in the creditor's best interest.

Dated: 8/19/2015                                                        Respectfully submitted,

/s/ Faye D. English
Faye D. English
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, OH  43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection To Confirmation was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 8/19/2015

/s/ Faye D. English
Electronically signed by
Faye D. English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D. English, Chapter 13 Trustee
Karen E Hamilton Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

Kenneth A Nekic
364 E Whittaker St
Columbus, Oh 43206