# INVOICE

**FROM:**

Columbus Appraisal Company, llc
PO Box 1946
Powell, OH 43065

**Telephone Number:** 1-614-553-7625    **Fax Number:**

**TO:**

Karen Hamilton
The Law Firm of Karen E. Hamilton
31 E. Whittier
Columbus, OH 43206

**Telephone Number:** 614-443-7920    **Fax Number:** 614-443-7922
**Alternate Number:**    **E-Mail:** Karen@KarenHamiltonLaw.net

| | |
|---|---|
| **INVOICE NUMBER** | 15445 |
| **DATE** | 08/07/2015 |
| **REFERENCE** | |
| Internal Order #: | 15445 |
| Lender Case #: | |
| Client File #: | BK#15-54161 |
| Main File # on form: | 15445 |
| Other File # on form: | BK#15-54161 |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

**Lender:** The Law Firm of Karen E. Hamilton    **Client:** The Law Firm of Karen E. Hamilton
**Purchaser/Borrower:** Kenneth Nekic
**Property Address:** 368 E Whittier St
**City:** Columbus
**County:** Franklin    **State:** OH    **Zip:** 43206
**Legal Description:** WHITTIER ST BLESCH & KREMER LOT 119

| FEES | AMOUNT |
|---|---:|
| RVE - BK - Franklin County | 175.00 |
| **SUBTOTAL** | 175.00 |

| PAYMENTS | AMOUNT |
|---|---:|
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| **SUBTOTAL** | 0.00 |
| **TOTAL DUE**    $ | 175.00 |

# APPRAISAL OF REAL PROPERTY



### LOCATED AT
368 E Whittier St
Columbus, OH 43206
WHITTIER ST BLESCH & KREMER LOT 119

### FOR
The Law Firm of Karen E. Hamilton
31 E. Whittier
Columbus, OH 43206
**BK# 15-54161**

### AS OF
08/07/2015

### BY
Benjamin C. Todd
**Columbus Appraisal Company, LLC**
PO Box 1946
Powell, OH 43065
614-553-7625
info@appraisecolumbus.com
CAC-legalappraisals.com

Location Map

| FHA/VA Case No. | |
|---|---|
| Borrower/Client | Kenneth Nekic |
| Property Address | 368 E Whittier St |
| City | Columbus    County Franklin    State OH    Zip Code 43206 |
| Lender | The Law Firm of Karen E. Hamilton |



FHA/VA Case No.

**Supplemental Addendum** | File No. 15445

| | |
|---|---|
| Borrower/Client | Kenneth Nekic |
| Property Address | 368 E Whittier St |
| City | Columbus   County Franklin   State OH   Zip Code 43206 |
| Lender | The Law Firm of Karen E. Hamilton |

## RESTRICTED NARRATIVE APPRAISAL

**VALUE IS 'SUBJECT TO':**
THE ESTIMATED VALUE NOTED WITHIN THIS REPORT IS *'SUBJECT TO'* the extraordinary assumption that the interior of the property is in similar condition to the exterior, as the subject was inspected from the exterior only.

**'EXTRAORDINARY ASSUMPTION'**
Use of the 'extraordinary assumption' may have affected the results of this appraisal.

**SUBJECT PROPERTY:**
368 Whittier Ave, Columbus, OH 43206
Parcel #010-018728-00
Owner: Kenneth A. Nekic

Property Class: Commercial
Land Use:  420 - Small Retail Structure <10,000 SF
Use Code: Retail Store
Square Footage: 2,880 SF
Year Built: 1950
Net Annual Tax: $5,201.88
Auditors Assessment: $184,000

The subject property is classified as a commercial property with a usage designation of (420) small retail structure. The subjects marketplace is in the area know as German Village in Columbus, Ohio.  The area consist mainly of older small retail structures and small commercial development with a mix of older single family and multi-family homes. The area has historical significance with many of the properties registered with the National Historical Society.

The subject property appears to be in below average overall condition.  The exterior shows minor signs of deferred maintenance.

**PRIOR APPRAISAL:**
I have performed appraisal services regarding the property that is the subject of this appraisal within the prior three-years preceding the acceptance of this assignment.

**Subject Prior Listing History:**
MLS#28687:  Active: 07/23/1985, $449,000   Expired: 04/30/1996   DOM: 279

**COMPARABLE  SALES / ANALYSIS:**
Limited Analysis:
The availability of comparable sales of commercial properties in the subjects marketplace have been limited over the past several years.   The properties below have been used in a limited analysis of commercial properties in the subjects marketplace.

C1:  1132 Parsons Ave,      Columbus, OH 43206:    Sold 03/2015,   3162 sf,  Retail/Residential -    $37,000
C2:  827   Parsons Ave,      Columbus, OH 43206:    Sold 04/2014,   3,528 sf, Retail/Residential -    $95,000
C3:  960   Parsons Ave,      Columbus, OH 43206:    Sold 03/2015, 11,830 sf, Retail/Residential -  $229,900
C4:  1336 Parsons Ave,      Columbus, OH 43206:    Sold 03/2013,   3599 sf,  Retail/Warehouse -    $27,000
C5:  333 E. Livingston Ave,  Columbus, OH 43215:    Sold 06/2012,   3,440 sf, Retail/Warehouse  - $200,000

**Estimated Value as of 08/07/2015:  $160,000**

**COURT TESTIMONY/APPEARENCE:**
The appraiser will not give testimony or appear in court because he performed an appraisal of the subject property without compensation for such testimony.  Compensation for testimony is one hundred and fifty dollars ($150) for travel to and from the court, (US Bankruptcy Court, Columbus, OH) including the first hour in court, and one hundred dollars ($100) for each additional hour.

| | | | | |
|---|---|---|---|---|
| Borrower/Client | Kenneth Nekic | | | File No. 15445 |
| Property Address | 368 E Whittier St | | | |
| City | Columbus | County Franklin | State OH | Zip Code 43206 |
| Lender | The Law Firm of Karen E. Hamilton | | | |

# APPRAISAL AND REPORT IDENTIFICATION

This Report is one of the following types:

☐ Appraisal Report    (A written report prepared under Standards Rule  2-2(a)  , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☒ Restricted Appraisal Report    (A written report prepared under Standards Rule  2-2(b)  , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time
(USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)

My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:    180 TO 360 DAYS

## Comments on Appraisal and Report Identification
Note any USPAP-related issues requiring disclosure and any state mandated requirements:

**APPRAISER:**

Signature: _Benjamin C. Todd (signed)_
Name: Benjamin C. Todd
State Certification #:
or State License #: 2005004048
State: OH    Expiration Date of Certification or License: 06/22/2016
Date of Signature and Report: 08/10/2015
Effective Date of Appraisal: 08/07/2015
Inspection of Subject: ☐ None  ☐ Interior and Exterior  ☒ Exterior-Only
Date of Inspection (if applicable): 08/07/2015

**SUPERVISORY or CO-APPRAISER (if applicable):**

Signature: _____
Name: _____
State Certification #:
or State License #: _____
State: ____   Expiration Date of Certification or License: _____
Date of Signature: _____
Inspection of Subject: ☐ None  ☐ Interior and Exterior  ☐ Exterior-Only
Date of Inspection (if applicable): _____

# Photograph Addendum

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | Kenneth Nekic | | | | |
| Property Address | 368 E Whittier St | | | | |
| City | Columbus | County | Franklin | State OH | Zip Code 43206 |
| Lender | The Law Firm of Karen E. Hamilton | | | | |

FHA/VA Case No.



**FRONT**



**FRONT**



**REAR**



**REAR**



**SIDE**



**SIDE**

# Interior Photos

| | | | |
|---|---|---|---|
| Borrower/Client | Kenneth Nekic | | |
| Property Address | 368 E Whittier St | | |
| City | Columbus | County Franklin | State OH    Zip Code 43206 |
| Lender | The Law Firm of Karen E. Hamilton | | |

FHA/VA Case No.



**1132 Parsons Av**



**827 Parsons Av**



**960 Parsons Av**



**1336 Parsons Av**



**330 E Livingston Av**